IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL GOODNER, *et al*.                                                                                          PLAINTIFFS

VS.                                         CASE NO. 14-CV-4013

SHELTER MUTUAL INSURANCE COMPANY                                                 DEFENDANT

## ORDER

    Before the Court is the parties' Joint Motion to Stay Pending Settlement Discussions. ECF No. 29. The parties request that the Court stay all proceedings pending settlement discussions between the parties.

    Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion is **GRANTED**. This case is hereby stayed for a period of 90 days. The parties must submit a report to the Court every thirty (30) days while the stay is in place. This report should be submitted by letter to sohinfo@arwd.uscourts.gov.

    IT IS SO ORDERED, this 11th day of August, 2014.

                                                       /s/ Susan O. Hickey
                                                       Susan O. Hickey
                                                       United States District Judge