IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL GOODNER, et al.                                                                    PLAINTIFFS

v.                              Case No. 4:13-cv-04013

SHELTER MUTUAL INSURANCE
COMPANY                                                                                     DEFENDANT

## ORDER

On August 11, 2014, the Court entered an Order staying the above-captioned case for a period of ninety (90) days.  (ECF No. 30).  The time for the stay has run, and the parties have not indicated to the Court that a stay remains necessary.  Therefore, the stay of the above-captioned case should be and hereby is **LIFTED**.

**IT IS SO ORDERED**, this 10th day of December, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge