IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


MICHAEL GOODNER, et al.                                                           PLAINTIFFS


v.                                              Case No. 4:14-cv-04013


SHELTER MUTUAL INSURANCE
COMPANY                                                                            DEFENDANT

## ORDER


Before the Court is the parties' Motion to Stay Pending Settlement Discussions.  (ECF No. 32).  The parties have now informed the Court that a stay remains necessary, as they have made significant progress toward settling a portion of the claims pending in these cases.  Upon consideration, the Court is satisfied that good cause for the stay has been shown.

Accordingly, the motion should be and hereby is GRANTED.  This action is stayed for a period of ninety (90) days.  The parties must submit a report to the Court every thirty (30) days while the stay is in place.  This report should be submitted by letter to sohinfo@arwd.uscourts.gov.  The parties should note that, at the conclusion of ninety (90) days, should they desire the Court to impose an additional stay, that request should be made by formal motion to the Court.

**IT IS SO ORDERED**, this 15th day of December, 2014.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge