IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL GOODNER, ROBBIE GOODNER;
HENRY KEENER; and ROSIE KEENER;
individually and on behalf of all others
similarly situated                                                                                PLAINTIFFS

v.                              Case No. 4:14-cv-04013

SHELTER MUTUAL INSURANCE
COMPANY                                                                                           DEFENDANT

## ORDER

Before the Court is a Stipulation of Dismissal filed by individual plaintiffs Henry Keener and Rosie Keener. (ECF No. 38). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims by Henry Keener and Rosie Keener against Defendant Shelter Mutual Insurance Company are hereby **DISMISSED WITH PREJUDICE**. All claims of Michael Goodner and Robbie Goodner, individually and on behalf of the class, shall proceed.

**IT IS SO ORDERED**, this 21st day of August, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge