IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL GOODNER, et al.                                                                                   PLAINTIFFS

v.                                            Case No. 4:14-cv-04013

SHELTER MUTUAL INSURANCE
COMPANY                                                                                                    DEFENDANT

**ORDER**

      Before the Court is the Plaintiff's Motion to Stay Pending Settlement Discussions. (ECF No. 40). Defendant has joined in the Motion to Stay. (ECF No. 41). The Court finds this matter ripe for its consideration. This case was removed to this Court on January 10, 2014. (ECF No. 1). Since that time, the case has been stayed pending settlement discussions on February 24, 2014 (ECF No. 20), August 11, 2014 (ECF No. 30), December 15, 2014 (ECF No. 33), March 16, 2015 (ECF No. 35), and July 30, 2015 (ECF No. 37). The parties now request an additional stay pending settlement discussions.

      Upon consideration, the Court finds that a stay in this case for additional settlement discussions is unnecessary. The parties have had sufficient time for settlement discussions in this case which have apparently been unsuccessful. Accordingly, the motion should be and hereby is **DENIED**.

      **IT IS SO ORDERED**, this 21st day of January, 2016.

                                                                          /s/ Susan O. Hickey
                                                                       Susan O. Hickey
                                                                       United States District Judge